**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COMMONWEALTH OF MASSACHUSETTS**

Rodney Elliot Gould )
Jonathan Chad Brown )
Plaintiffs )
    v. )
)
COMMONWEALTH OF MASSACHUSETTS )
HOUSE COURT )
Jonathan Kane, )
Maria C. Pereira, )
Benjammin O. Adeyinka, )
ORLANS PC., )
ISANTHES, LLC. )
KERRY BORN )
ORLANS PC. )
SOGOL I. PLAGANY )
Successors and Agent
Defendants

Written Testimony BY:
Rodney Elliot: Gould
Jonathan Chad Brown
© corp. sole (Creditor/ Beneficial Unit Holder of
CONSTITUTIONAL TRUST
Competent witnesses

## COMPLAINT AND TRUE BILL OF CLAIM IN EQUITY AND ADJUDICATIVE FACTS, CLAIMS OF 250, MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRIVATION OF CIVIL RIGHTS, VIOLATION OF DUE PROCESS, CONSPIRACY TO COMMIT REAL ESTATE DEED FRAUD, FORGERY, WRONGFUL FORECLOSURE, AND BREACH OF CONTRACT THIS CLAIM IS ALSO FOR OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

| TABLE OF CONTENTS | Article |
|---|---|
| PARTIES | 1 |
| BRIEF HISTORY | 2 |
| JURISDICTION | 3 |
| WRIT OF MANDAMUS | 4 |

DENIAL OF DUE PROCESS 5
 FACTS OF THE CASE 6
FACTUAL ALLEGATIONS 7
SCHEME TO DEFRAUD 8
THE LENDER FAILED TO FOLLOW THE GAAP ACCOUNTING LAWS 9
ELEMENTS FOR COMMON LAW 10
REVOCATION OF REFEREE'S DEED IN FORECLOSURE 11
REVOCATION OF NOTICE TO VACATE PROPERTY 12
WRONGFUL FORECLOSURE 13
BREACH OF CONTRACT 14
NEGLIGENT/RECKLESS CONDUCT 15
SLANDER OF TITLE 16
SLANDER OF CREDIT 17
INFLICTION OF EMOTIONAL DISTRESS 18
DAMAGES 19
THE JUDGE LACKS IMMUNITY 20
THE FIVE ELEMENTS OF "DUE PROCESS 21
ELEMENTS FOR FORGERY 22
REQUEST FOR DAMAGES 23
NOTICE OF SURETY ACT AND BOND 24
SUMMATION 25
26

**See exhibit A to JJ**

Comes Now Plaintiffs, to file their Claim against the defendants. The claim will be brought forward in Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code. This 42 U.S. Code Sec. 1983 Civil Action Claim is for Depravation of Civil Right Under Color of Law, conspiracy to commit real estate deed fraud, and forgery. This case is brought to enforce constitutional rights under 42 U.S.C. § 1983, conspiracy statutes under Federal Law. Petitioners as We The People through the undersigned Parties in Interest, hereby moves the court pursuant to Title 28 Chapter 85 § 1361 by invoking provisions in Haines V kerner, 404 US 519 919720, & Platsky V CIA Case #953 F2d 26 Case Number: 3:21-mc-00047-CSH to read statement of issues. In support of this Writ of Mandamus Pursuant to Rule 21 Under Rule 60, the undersigned represents as follows:

### 42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

THE Plaintiffs as Assignor form to the Assignee Office of the trustee as the keeper of the Records, their duty to perform, in accordance with 28 U.S. Code § 455, & 5 U.S. Code § 2903 of the United States of America and States obligation. The Trustees of United States District Court agents, officers, or affiliates hereby agree that ISANTHES, LLC. and Sogol I. Plagany, attorney's in housing court Jurisdiction **Claims** shall be stricken from the record, effective as of the date of this Commercial Security Agreement, by deleting the provisions of Terms and Acceptance by ISANTHES, LLC. and Sogol I. Plagany, attorney**' in housing court Jurisdiction Claims** and legal notice and demand" definitions writ of facts in its entirety (however, such Terms of Acceptance of Terms of COMMERCIAL AFFIDAVIT COMPLAINT AND TRUE BILL OF CLAIM IN EQUITY AND ADJUDICATIVE FACTS Articles "01" through "30" below and legal notice and demand" definitions writ of facts shall be in full force and effect with respect to the obligations of the tenant thereunder arising prior to the date hereof), and the following shall be substituted in place thereof:

## Article 1
PARTIES

Rodney Elliot Gould
Jonathan Chad Brwon
Mail [29-31] Rush Street, Rural Route,
[Springfield], [Massachusetts]
 [US. Near U.S.P. [01109-1118],
Hereafter the Plaintiffs[1]

List of Responded parties below:
KERRY BORN
ISANTHES LLC. UBI 604324962 is a defunct corporation whose last known address 2003 Western Avenue, Suite 340 Seattle, WA 98121. Toll Free Number: 1-800-245-5753. Email Address: contact@isanthesllc.com.

JOINED PURSUANT TO F.R.C.P RULE 19, All cold-spirituals John Doe & Jane Doe:

COMMONWEALTH OF MASSACHUSETTS
One Ashburton Place, Room 1611.
Boston, MA 02108

Hon. Jonathan Kane, First Justice                    Hon. Maria C. Pereira, judge

---

[1] [1] Rodney Elliot is not a legal name. RODENY GOULD is the business/legal name.  See Yarmuth-Dion, Inc. v. D'ion Furs, inc., 835 F, 2d 990; U.S. app. Lexis 16638; U.S.P.Q.2d (BNA) 1226, No. 87-7423 (1987) ("Dion, Inc. Dorn in Greece under the name Peter Dionisiou and immigrated to the United States in the early 1950's. He changed his legal name to "Dion" in 1973.....in 1974 the firm began to manufacture coats under the Peter Dion label. Matthew 6:9-13

[1] Jonathan Chad Brwon is not a legal name. JONATHAN BROWN is the business/legal name.  See Yarmuth-Dion, Inc. v. D'ion Furs, inc., 835 F, 2d 990; U.S. app. Lexis 16638; U.S.P.Q.2d (BNA) 1226, No. 87-7423 (1987) ("Dion, Inc. Dorn in Greece under the name Peter Dionisiou and immigrated to the United States in the early 1950's. He changed his legal name to "Dion" in 1973.....in 1974 the firm began to manufacture coats under the Peter Dion label. Matthew 6:9-13

Hon. Benjammin O. Adeyinka, judge
HOUSE COURT
Business Address: 37 Elm Street,
Springfield, MA 01102,

SOGOL I. PLAGANY
ORLANS PC.
204 2nd Avenue, suite 320
Waltham, Ma 02451

LAELIA, LLC NMLS ID# 1700294
Board Director

David H. Long
Frank Doyle
Jay Hooley
Business Address:

SOGOL I. PLAGANY
ORLANS PC.
Business Address:
1080 Main St
Ste 200
Pawtucket, RI 02860
Phone Number (401)217-8701

## Article 2

BRIEF HISTORY:

The Presiding Judge: Maria C. Pereira,

And Presiding Judge:  Benjammin O. Adeyinka

Successors and Agent

Re: Cases No. 23HP79004085 & 23HP79004086

09/12/2023 Complaint – Foreclosure

Hearings

10/19/2023 02:00 PM  Session 1

10/19/2023 02:00 PM  Session 1

11/02/2023 02:00 PM  Session 1

12/20/2023 02:30 PM  Zoom Virtual Court Event

02/21/2024 02:00 PM  Zoom Virtual Court Event

Entry Terms of Judgment:  Jdgmnt Date: 03/04/2024

Entry Judgment in SP by Default Date: 10/31/2023

## Article 3
### JURISDICTION:

1. The Judiciary Act, though, Congress placed admiralty under the jurisdiction of the federal district courts.

2. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

3. This court has personal jurisdiction over the defendant's corporations because the corporation's principal place of business is in this state.

4. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.

5. Federal court has jurisdiction over this case based on the following reasons:

> a. 42 USC 1983 civil rights claim is Constitutional dispute.

> b. The plaintiff filed a claim against the state court judge, whereby other state court judges would have a conflict of interest.

> c. The state is guilty of real estate deed fraud which is verified by the day-to-day process of registering homeowners' property deeds in their office.

> d. The state is in control of the plaintiff's property deed when there is no law that forced the plaintiff to register her property.

> e. The state is paying the judge and providing a pension, 401-k, so other state court judges will have a conflict to hear this case in state court.

6. The State is the real party responsible for the foreclosure on the plaintiff's property using state-licensed sub-agencies to do the dirty work.

7. The amount of damage is over what the state court has jurisdiction to rule on.

8. The defendants violated Federal Laws.

9. The defendants violate the plaintiff's right to due process in state court whereby is liable under 42 U.S.C 1983 a federal civil rights statute.

10. There is no other court available for remedy.

## Article 4
## WRIT OF MANDAMUS

As a constitutionally secured right, we are sending you Hon. Judges our grievances.1st not to be deprived of the right to be heard by ourselves, freedom of speech, life, liberty, or property without due process of law, 2nd Right to be confronted by the Alleged injured party as a witness against the plaintiffs and the Alleged injured party cross-examine based on the statements in their complaint. 3rd the Constitutional requirement for a fair trial, and an impartial Judge. 4th All courts shall be open, and every person, for an injury done to him in his person, property, or reputation, shall have remedy by due course of law, and right and justice administered without sale, denial, or delay. Loss of constitutionally secured Rights and Freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury. Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct.

1603 also see Montgomery v state 55 Fla. 97-45S0.879 Due process of law and the equal protection of the laws are secured if the laws operate on all parties alike, and do not subject the individual to an arbitrary exercise of the powers of Corporation or government. Duncan v. Missouri, 152 U.S. 377, 382 (1894).

The plaintiffs, the Sui Juris in the above cause, standing under the authority of U.S. Const. Article I through VII, Mass. Const art I § 1 through 30 demands according to Rule 40, Rule 21 UNDER TITLE 28 CHAPTER 85 § 1361, remedy to compel a judicial officer to perform an act that is ministerial and that the judicial officer has a clear duty to do under the law, and The plaintiffs set forth the facts herein that they are relying upon to show good cause and grounds to vacate or set aside the order Entry Terms of Judgment: Judgment Date: 03/04/2024 and Entry Judgment in SP by Default Date: 10/31/2023 in support thereof would show good cause the Court as follows:

No man, corporation, or association of men in this State is so high that they are above the law. No officer of the law may set that law at defiance with impunity. All the Judicial officers of the court, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our Judicial system, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy and to observe the constitutional limitations which it imposes upon the exercise of the authority which it gives. Shall it be said... that the courts cannot give orders when the plaintiffs have been deprived of their Right to be confronted by the injured party as a witness against them, and cross-examine the injured party based on the statements in their complaint, and the Constitutional requirement to a speedy, fair trial, and an impartial Judge, have been Deny by force, their right to be secure in his persons, houses, papers, and possessions from unlawful Foreclosure Complaint and converted to the use of the housing court without any lawful authority, without any process of law, and without any just compensation, because the Judges have ordered it and the Third-Party Attorney as Commissioner of the court are in possession? If such be the law of this State, it sanctions a tyranny that has no existence in the United States, nor in any other state which has a just claim to well-regulated laws, freedom, and the protection of personal rights and property.

## Article 5
## DENIAL OF DUE PROCESS OF THE LAW UNDER COLOR OF ANY STATUTE

The LAELIA, LLC never appear at the First Hearing on 10/19/2023 02:00 PM and testify before the Housing court as the moving party. The LAELIA, LLC never invoke the jurisdiction of the Housing court at the First Hearing on10/19/2023 02:00 PM that give the court's power to act. The jurisdiction of the Housing court has not been perfected. Point of Law: ("the burden of proving jurisdiction rests upon the party asserting it."). Bindell v City of Harvey, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991). 'The Sogol I. Plagany, attorney of ORLANS PC as Third Parties Intervener' having no standing in law to invoke the jurisdiction of the Housing court jurisdiction, and legally identified as 'Third Parties Intervener in common law. By law, Rodney E. Gould retains all rights of ownership and control of the Property address [29-31] Rush Street, Rural Route, [Springfield], [Massachusetts]. *Only LAELIA, LLC as the Plaintiff, can invoke the jurisdiction of the Housing court. Point of Law: "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v Lavine 415 U. S. 533.

LAELIA, LLC is "bound" by Mass. R. Evid. 1111 to appear and testify, in the same sense that any other individual deposed under Mass. R. Civ. P. 12 (b) (6) would be "bound" to his or her testimony under Civil Procedure Rule 30, per 28 USC 603. The statement or testimony of an attorney or corporate representative is not akin to a judicial admission which conclusively establishes a fact. The attorney Sogol I. Plagany, of ORLANS PC knowingly presenting unverified Complaint under Rule 43 as evidence to this court misrepresented, false material facts in prosecuting this matter.

h) "Officers of the court have no immunity, when violating a Constitutional right, from liability for they are deemed to know the law" Owens v Independence 100 S.C.T. 1398

i) "A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution." Murdock v Pennsylvania, 319 U.S. 105, at 113.

j) Due Process provides that the "rights of pro se (Sui Juris) litigants are to be construed liberally and held to less stringent standard than formal pleadings drafted by lawyers; if judges court can reasonably read pleadings to state valid claim on which litigant could prevail, it should do so despite failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence construction, or litigants unfamiliarity with pleading requirements" (Spencer v Doe; 1998; Green v Bransou 1997; Boag v McDougall; 1998; Haines v Kerner, 1972)

k) PRIMA FACIE, Lat. At first sight; on the first appearance; on the face of it; so far as can be judged from the first disclosure; presumably; a fact presumed to be true unless disproved by some evidence to the contrary. State ex rel. Herbert v. Whims, 68 Ohio App. 39, 38 N.E.2d 596, 599.

l) USC 18 SS241, If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right that shall be fined under this title or imprisoned not more than ten years, or both.

m) USC 18 SS242, Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State to the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both.

n) USC 42 SS1983, Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured but eh Constitution and laws, shall be liable to the party injured in an action at law.

o) USC 42 1985, If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly, any person's rights the party so injured or deprived may have an action for the recovery of damages against any one or more of the conspirators.

p) USC 42 SS1986, Every person who, having knowledge that any of the wrongs conspired to be done or are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured.

q) "Qualified immunity defense fails if public officer violates clearly established right because a reasonably competent official should know the law governing his conduct." Jones vs Counce 7-F3d-1359-8th Cir 1993; Benitez v Wolff 985-F3d 662 2nd Cir 1993

## Article 6
## FACTS OF THE CASE:

The ISANTHES, LLC. and the attorney is operating through fraud, all commercial instruments such as promissory notes, credit agreements, bills of exchange and checks are defined as legal tender, or money, by the statutes such as 12 USC 1813(l)(1), UCC §1-201(24), §3-104, §8-102(9), §§9-102(9), (11), (12)(B), (49), (64). These statutes define a promissory note or security to be negotiable (sellable) because it is a financial asset. This is necessary because contracts requiring lawful money are illegal pursuant to Title 31 USC §5118(d) (2). All debts today are discharged by promises to pay in the future. All Federal Reserve notes are registered securities and promises to pay in the future. They are secured by liens on promissory notes of collateral owned by real people. The statutes do not provide the Federal Reserve Corporation a monopoly on promissory notes, as attorney insist. Real people create promissory notes that are usually sold to the FED in exchange for their promissory notes. The FED uses the promises of the people's collateral to secure their

notes. If people want their, commercial instruments to be legal tender, they must be secured by a maritime lien on your prepaid trust account recorded at the county and registered on a UCC1. It then becomes a registered security and a financial asset that can be negotiated. This Corporation further complicated the process by selling their payables to another entity to remove it from their balance sheet. This is called securitization or off balance sheet financing. One should be aware that attorney can legally only deal with fictions of law, such as corporations or "persons".

WHEREFORE, the Plaintiffs request this court to grant the JUDGMENT VACATE AND DISMISS WITH PREJUDICE order in the interest of justice, to restrain the B. A. R. members, and or 3rd party buyers from trespassing on or controlling the property. Defendants also request the court to vacate any trial court judgments or orders in the interest of justice.

I, have personal first-hand knowledge of the facts set forth in prima facie evidence and claim Due to fraudulent conveyances and misrepresentations of facts, due to fraud and fraud on the Housing court public record and West Springfield, Hampden County public record official written document violation of 40 U.S. Code § 3133 & 40 U.S.C. 3132 based on my own personal knowledge. See Malley v. Briggs, 475 U.S. 335 (1986), \ 106 S. Ct. 1092, 89 L.Ed.2d 271, 54 U.S.L.W. 4243 .

  I.    Sec. 18.   The military shall, in all cases, and at all times, be in strict subordination to the civil power.
  II.   "The Constitution is a written instrument. As such, its meaning does not alter. That which it meant when it was adopted, it means now." S. Carolina v. U.S., 199 U.S. 437, 448 (1905).
  III.  "To take away all remedy for the enforcement of a right is to take away the right itself. But that is not within the power of the State." Poindexter v. Greenhow, 114 U.S. 270, 303 (1885)
  IV.   Fraud vitiates the most solemn contracts, documents and even judgments. U.S. v. Throckmorton, 98 US 61

The original contract in this case was altered, stolen and there was an addition to the agreement with the following items that are missing from the contract filed in this case:

A. When a party files a suit claiming a breach of contract, the first question the judge must answer is whether a contract existed between the parties. The complaining party must prove four elements to show that a contract existed:
  I.    Offer - One of the parties made a promise to do or refrain from doing some specified action in the future.

II.  Consideration - Something of value was promised in exchange for the specified action or nonaction. This can take the form of a significant expenditure of money or effort, a promise to perform some service, an agreement not to do something, or reliance on the promise. Consideration is the value that induces the parties to enter into the contract.

III.  Acceptance - The offer was accepted unambiguously. Acceptance may be expressed through words, deeds or performance as called for in the contract. Generally, the acceptance must mirror the terms of the offer. If not, the acceptance is viewed as a rejection and counteroffer.

IV.  Mutuality - The contracting parties had "a meeting of the minds" regarding the agreement. This means the parties understood and agreed to the basic substance and terms of the contract.

V.  When the complaining party provides proof that all of these elements occurred, that party meets its burden of making a prima facie case that a contract existed. For a defending party to challenge the existence of the contract, that party must provide evidence undermining one or more elements.

VI.  Black's Law Dictionary, Sixth Edition, p. 305: consent. "A concurrence of wills. Voluntarily yielding the will to the proposition of another; acquiescence or compliance therewith. Agreement; approval; permission; the act or result of coming into harmony or accord. Consent is an act of reason, accompanied with deliberation, the mind weighing as in a balance the good or evil on each side. It means voluntary agreement by a person in the possession and exercise of sufficient mental capacity to make an intelligent choice to do something proposed by another. It supposes a physical power to act, a moral power of acting, and a serious, determined, and free use of these powers. Consent is implied in every agreement. It is an act unclouded by fraud, duress, or sometimes even mistake.

VII.  Willingness in fact that an act or an invasion of an interest shall take place. Restatement, Second, Torts §10A.

VIII.  "Party cannot be bound by contract that he has not made or authorized. Free consent is an indispensable element in making valid contracts." Alexander v. Bothsworth, 1915.

Due to the fact, that We are, Real Party in Interest, who is neutral in the public, who is unschooled in law, making a special visitation to the Court am challenging the jurisdiction of the Hon. Judge: Benjammin O. Adeyinka and Judge: Maria C. Pereira, d/b/a Recorder in the State of Massachusetts housing Court. A Court without a Lawful sworn Complaint made by a non-Citizen or Alleged injured party a/k/a LAELIA, LLC alleging to have been injured by the actions of the Plaintiff in the Housing Court who is the subject of Foreclosure Complaint, supported by signed and notarized

affidavit so attesting under the pains and penalties of perjury under the laws of the United States and this state. The Housing court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action. The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money, The bank or financial institution involved in the alleged loan will follow GAAP, the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

The borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument, the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and the written agreement gives full disclosure of all material facts.

The Bank Advertised That They Loan Money:

      IX.   In the federal courts, it is well established that a national bank has not power to lend its credit as well as its money, to another by becoming surety, indorser, or guarantor for him. Farmers and Miners Bank v. Bluefield Nat 'l Bank, 11 F 2d 83, 271 U.S. 669.

      X.   A national bank has no power to lend its credit as well as its money, to any person or corporation . . . Bowen v. Needles Nat. Bank, 94 F 925, 36 CCA 553, certiorari denied in 20 S. Ct 1024, 176 US 682, 44 LED 637.

The plaintiffs committed and conspired to commit real estate deed fraud when they failed to deliver the property deed as mandated by the state property transfer statute.

a. The mortgage deal was Not done according to the GAAP accounting principles in violation of the federal law.

b. The electronic credits called the mortgage loan was generated by the Alleged Defendant's signature on the promissory note.

c. The words stamped on the promissory note "pay to the order of" without recourse will verify the bank official who signed there received the electronic credits called the mortgage loan.

d. There was no exchange of money in the mortgage loan.

Valid conveyances require that the executed deed be delivered to and accepted by the grantee.

The property deed was never delivered or accepted by the Alleged injured party.

The Alleged injured party's attorney committed acts of forgery when they fraudulently made false documents and altered real documents as if they are genuine.

The fact the attorney for the alleged lender accepted the plaintiff's signature on the mortgage lien proves the plaintiff owned the property already.

The first illegal mortgage lien was placed on the property after the unlawful registration by an agent for the alleged lender.

There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e., gold, silver, barter, or a commodity). With Federal Reserve notes (FRNs), you can only discharge a debt. You cannot pay a debt with a debt currency system that is fraud. You cannot service a debt with a currency that has no backing in value or substance, that is fraud. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Public Law 89-719; Public Law 73-10; aka HJR-3835; aka HJR-192; aka 31 USC 5118 d2; aka 12 USC 95 a 2; H.R3363; H.R.4037 — 116th Matters Act, CLAIM Act under Civil Relief Act 50 U.S.C. 3901-4043; Substitute House Bill No.7104; and, Public Act No. 19-137, in accordance with U.S Constitution, Article 1, Section 10.

All debt issues are of necessity in the Admiralty/Maritime jurisdiction as there is no money in circulation in commerce, that is, there is no in law remedy for debt possible. Since there is no in-law remedy for any court action involving debt, then CASE NO. 23HP79004085 & 23HP79004086 must be in Admiralty jurisdiction and must be a colorable action dealing with legal fictions and titles. The Attorney SOGOL I. PLAGANY and ORLANS PC. in this matter appear to be making a seizure of substance, i.e., the labor/capital of RODNEY GOULD. This court, operating in admiralty/bankruptcy, cannot reach parity with RODNEY GOULD, a living, breathing, sentient being. The attempts for seizure of substance remedy by an Attorney is in the nature of involuntary servitude and peonage as against a real man, non-fiction. This is known as piracy (see Exhibit A and B, attached).

The LAELIA, LLC, is service agency for Wells Fargo Bank what is a 3rd party attorney Head Office located at 2003 WESTERN AVE. STE. 340, SEATTLE, WA, 98121, USA.

The attorney SOGOL I. PLAGANY Esq. is employed for ORLANS PC. a 3rd party attorney located at 204 2nd Avenue, suite 320, Waltham, MA 02451.

     a.  Counsel's Complaint in the name of the Alleged injured party does not comply with Rule 11 (Signing Pleadings or the requirement of advocate witness rule 3.7 in accordance with Fla. R. Civ. P. 1.510(e), which requires that a Complaint be made on personal knowledge of the Alleged injured party and affirmatively show the Alleged injured party is competent to testify to the matters in the Complaint.) Courts of inferior jurisdiction: "if the record does not show upon its face the facts

> necessary to give jurisdiction, they will be presumed not to have existed."
> Norman v. Zieber, 3 Or at 202-03. "Where jurisdiction is contested, the burden
> of establishing it rests upon the plaintiff." Loos v American Energy Savers, Inc.,
> 168 Ill.App.3d 558, 522 N.E.2d 841(1988). A corporation is "bound" by its Rule
> 1.310(b)(6) testimony, in the same sense that any individual deposed under Rule
> 1.310(b)(1) would be "bound" to his or her testimony. The testimony of a
> corporate representative is not akin to a judicial admission which conclusively
> establishes a fact.

The statute the attorney used in the foreclosure complaint is not a valid law as it does not have the
three elements the state constitution mandates must be present to be a valid law.

The foreclosing statute Mass. General Laws c. 244 § 10 is missing the enacting clause, the title,
and the body, and therefore the foreclosing statute is not a valid law and is unconstitutional on its
face.

The Alleged injured party violated the F. D. C. P. A. when they engaged in abuse, threats, coercion,
misrepresentation, fraud, harassment, unfair means, and deception to collect a debt where there is
no injured party.

This plaintiff is invoking Title 42 USC 1983. See Title 28 Section 1343 (1)(2)(3)(4) under the
Federal Tort Claims Act.  This action is a Constitutional tort. Attorney SOGOL I. PLAGANY and
ORLANS PC., constitute an illegal enterprise that acts in violation of Civil Rico Federal
Racketeering Act, USC 18, 1961-1963 et seq. The following are violations pursuant to the Bill of
Rights 4th, & 5th Amendments.

The commercial affidavit of a writ of private security agreement will show the Plaintiff never
responded to the jurisdictional challenge with an affidavit by a counter-affidavit.

The plaintiff was subjected to harassment from attorney and judges who all signed on and signed
out when they could not prove jurisdiction on the court record. There is no injured party.

Hon. Judge:  Benjammin O. Adeyinka and Judge: Maria C. Pereira recorder made a journal entry
order on 10/31/2023 and 03/04/2024.

On 09/12/2023 Complaint – Foreclosure by Attorney SOGOL I. PLAGANY and ORLANS PC.
signed on to the case as the attorney of record.

On 09/12/2023 Attorney SOGOL I. PLAGANY and ORLANS PC. filed Mortgagee's Affidavit
Under Chapter 206 of the Acts of 2007.

Plaintiff is filing this federal lawsuit against the Defendants, and it is still pending in the federal
court.

The illegal sale was done using the documents from the case that is terminated.

The case is currently pending in the federal court and the attorney ignored the pending federal case.

## ARTICLE 7
**ASSIGNMENTS OF MORTGAGE CREATED AND ALLEGEDLY EXECUTED BY AN ALLEGED LENDER.**

Void: The infamous agent of Alleged Lender purports to have constructed and signed the first Assignments of Mortgage. All such legal documents created by Alleged Lender are legally void as a matter of law, The imaginary, having neither actuality nor substance is foreclosed from creating and attaining parity with the tangible. See Penhallow vs. Doanes Administrators 3 U.S. 54 Assignments of Mortgage, by Alleged Lender are not witnessed at the time of signing or same date by a State Notary and are further not signed in the presence of a notary.

## ARTICLE 8
## FACTUAL ALLEGATIONS:

ISANTHES, LLC. and Sogol I. Plagany, attorneys, and corporate officials, are operating *ultra vires* in the public and they are a threat to public safety. There is no Alleged injured party before the trial court but said Alleged injured party has failed to appear to verify of jurisdiction of the housing court in Cases No. 23HP79004085 & 23HP79004086. The judicial officials and Attorney have created a tort with knowledge of rule of the court by depriving of the plaintiffs' right to life, liberty, or property without due process of law. 2nd The proof of jurisdiction of the court record. 3rd Right to be confronted by the Alleged injured party as a witness against the plaintiffs and cross-examine the Alleged injured party based on the statements in their complaint. 4th The Constitutional requirement for a fair trial, and an impartial Judge. 5th No man nor corporation or association of men have any other title to obtain advantages, or particular and exclusive privileges distinct from those of the community, than what rises from the consideration of services rendered to the public, and this title being in nature neither hereditary nor transmissible to children or descendants or relations by blood; the idea of a man born a magistrate, lawgiver, or judge is absurd and unnatural. 6th Every subject of the commonwealth ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which he may receive in his person, property, or character. He ought to obtain right and justice freely, and without being obliged to purchase it; completely, and without any denial; promptly, and without delay, conformably to the laws. 7th In

all controversies concerning property, and in all suits between two or more persons, the parties have a right to a trial by jury; and this method of procedure shall be held sacred, unless, in causes arising on the high seas, and such as relate to mariners' wages, the legislature shall hereafter find it necessary to alter it.

ISANTHES, LLC. and Sogol I. Plagany, attorney as a state actor is operating in commerce. The U.S. Constitution and the 1964 Civil Rights Act guarantee individuals' certain civil rights and liberties. If a state actor deprives a person of their civil rights, that person may have a cause for legal action against them through a civil rights lawsuit in either state or federal court. This article focuses on 42 U.S.C. § 1983, a section of the U.S. Code that provides a civil cause of action against the person(s) responsible for the deprivation.

LAELIA, LLC never appear and testify before the Housing court as the moving party. The LAELIA, LLC never invoke the jurisdiction of the Housing court that give the court's power to act. The jurisdiction of the Housing court has not been perfected. Point of Law: ("the burden of proving jurisdiction rests upon the party asserting it."). Bindell v City of Harvey, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991). 'The Sogol I. Plagany, attorney of ORLANS PC as Third Parties Intervener' having no standing in law to invoke the jurisdiction of the Housing court jurisdiction, and legally identified as 'Third Parties Intervener in common law. By law, Rodney E. Gould retains all rights of ownership and control of the Property address [29-31] Rush Street, Rural Route, [Springfield], [Massachusetts]. *Only LAELIA, LLC as the Plaintiff, can invoke the jurisdiction of the Housing court. Point of Law: "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v Lavine 415 U. S. 533.

The Plaintiffs' Commercial Affidavit Complaint and True Bill of Claim in Equity of Adjudicative Facts is about lack of jurisdiction over the subject matter, and The Plaintiffs' claims of denial of due process of law, and the Plaintiffs' claims filed in this case are sufficient to invoke the Court's authority to act. Because Sogol I. Plagany, the attorney's Written Testimony in their complaint and Motions filed in Housing Court, alleging a breach of a mortgage, and note, or month-to-month lease however the original instrument of indebtedness to LAELIA, LLC was never placed on the Housing court record and LAELIA, LLC. never appear and testify before the Housing court, to state the facts before the court. Fraud is made up of the following elements: (1) a person intentionally makes a false material statement of fact or conceals a material fact, (2) to deceive or

mislead another with the expectation of receiving something of value, and (3) the other person relies on the false statement to his detriment. Also missing is testimony from LAELIA, LLC and an accounting of the money trail related to the alleged breached mortgage, and note, or month-to-month lease, In the matter of any alleged debt owing to LAELIA, LLC…. The complaint had absolutely no evidence in support of LAELIA, LLC'S claims. That is, the Unsworn complaint is true only because Hon. Judge accepted Sogol I. Plagany, attorney's Unsworn statement in Oral Argument and Written Testimony as facts – Mass. R. Evid. 1111 testimony as evidence of proof of jurisdiction of the Housing court.

LAELIA, LLC is "bound" by Mass. R. Evid. 1111 to testify, in the same sense that any other individual deposed under Mass. R. Civ. P. 12 (b) (6) would be "bound" to his or her testimony under Civil Procedure Rule 30, per 28 USC 603. The statement or testimony of an attorney or corporate representative is not akin to a judicial admission which conclusively establishes a fact. The attorney Sogol I. Plagany, of ORLANS PC knowingly presenting unverified Complaint Supported by Affidavit under Rule 43 as evidence to this court misrepresented, false material facts in prosecuting this matter.

In all jurisdictions, issues are of necessity in this jurisdiction as there is no Plaintiff before the court, which would give the court legal power to act, which to rule judicially, and the two halves of subject matter jurisdiction are the statutory or common law authority, therefor is no in-law remedy in this matter possible.  Since there is no in law remedy for any court action involving this matter, then Cases No. 23HP79004085 & 23HP79004086 must be in fiction jurisdiction and must be a colorable action dealing with legal fictions and titles.  The attorney Sogol I. Plagany, of ORLANS PC in this matter appears to be making a seizure of substance, i.e., the labor/capital of the Plaintiff.  This court operating in color of authority cannot reach parity with Plaintiff, living breathing, sentient beings.  The attempts for seizure of substance remedy by Sogol I. Plagany, attorney of ORLANS PC in the name of LAELIA, LLC is in the nature of involuntary servitude and peonage as against real men, a non-fiction. This is known as piracy.

### Article 9
### SCHEME TO DEFRAUD:

a. The contract filed in this case is forged and missing at least 6- provisions that are listed in the original contract.

b. The foreclosure statute used to provide the court with jurisdiction is not a valid law as it is missing the 3 elements the State Constitution mandates must be present to be a valid law.

c. The State constitution mandates all laws are to be enacted and have an enacting clause, a title, and a body.

d. Original Contract with the signatures of both the alleged borrower, and the lender have never been filed in court to verify there was a bilateral contract.

e. Without a certification of the accounting entries of the attorneys cannot verify there was a debt.

f. The attorney cannot verify agency and therefore the foreclosure lawsuit has a fatal flaw.

g. The foreclosure was filed showing the lender as the plaintiff, however no one from the lender's corporation signed the foreclosure documents.

h. There is no witness before the court to give the court jurisdiction.

i. There is No Affidavit filed in the case to give the state court jurisdiction.

## Article 10

### THE LENDER FAILED TO FOLLOW THE GAAP ACCOUNTING LAWS:

The contract should be rescinded because the attorneys did not provide full disclosure, the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101. The Truth in Lending Act, Regulation Z, 12 CFR §226.23, states that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures.

The original debt was zero because Plaintiff's financial asset was exchanged for FED's promissory notes in an even exchange. Promissory Notes and other commercial instruments are legal tender, financial assets to the originator, and a liability to the lender.

If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset.

But the attorney's do not understand that they have this liability because most of them are unaware of it.

     a. UCC §1-201(24), §3-104, §3-306, §3-105,
     b. UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511
     c. UCC §§9-102(9), (11), (12)(B), (49), (64)
     d. 12 USC 1813(l)(1)

The defendant's records will show the defendants have an offsetting liability to the plaintiffs pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR).

     5. These records include:

     a. FR 2046 balance sheet,
     b. 1099-OID report,
     c. S-3/A registration statement,
     d. 424-B5 prospectus and
     e. RC-S & RC-B Call Schedules

The plaintiff's claims are brought forward Under Common Law:

## Article 11
## ELEMENTS FOR COMMON LAW:

    a. Controversy (The listed defendants)

    b. Specific Claim (wrongful foreclosure, breach of contract,

    c. Specific Remedy Sought by Claimant (3- million dollars)

    d. Claim Is Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## Article 12

## REVOCATION OF NOTICE TO VACATE PROPERTY

The notice to vacate from Sogol I. Plagany, attorney of ORLANS PC is Null and Void and lacks the authority to execute and deliver due to the lack of evidence as the claim to a party of interest unless under notary seal and penalty of perjury. This offer this conditionally accepted pursuant to a complete rebuttal point-by-point of all statements with this Complaint and True Bill of Claim in Equity and Adjudicative Facts.

Count One: Violation of 42 U.S.C. 1983:

1. Plaintiff incorporates by reference the facts alleged in Articles 5-12.

2. The defendant's negligence was the direct and proximate result of the plaintiff's injuries.

COUNT I: Hon. Judge: Benjammin O. Adeyinka and Judge: Maria C. Pereira, Commercial Officials of LAELIA, LLC, Hon. Jonathan Kane, First Justic of HOUSE COURT, KERRY BORN Commercial Official of ISANTHES LLC., UBI 604324962, Attorney Sogol I. Plagany of ORLANS, PC John Doe & Jane Doe, 1 to 1,000 and all parties involved is an accessory to the fact to Attorney SOGOL I. PLAGANY and ORLANS PC., et al, having taken an Oath of office and contract to support and defend the United States Constitution, and the Constitution of the state of Massachusetts did willfully and knowingly violate said oath in a City of Springfield, Hampden County or Housing court's Public Record of Law by failing to timely move to protect and defend Provisions of due process of Law , and the equal protection of the law of the United States Constitution, and the Constitution of the state of Massachusetts that being a felony of perjury of their Oaths of Office.

Count Two: Violation of Due Process:

1. Plaintiff incorporates by reference the facts alleged in Articles 5-12.

The defendants had a duty to follow the law and the constitution.

COUNT II: Hon. Judge: Benjammin O. Adeyinka and Judge: Maria C. Pereira, Hon. Jonathan Kane, First Justic of HOUSE COURT Commercial Officials of LAELIA, LLC, ,KERRY BORN Commercial Official of ISANTHES LLC., John Doe & Jane Doe, 1 to 1,000 and all parties involved is an accessory to the fact to Attorney SOGOL I. PLAGANY and ORLANS PC. owing allegiance to the United States and the United States Constitution, and the Constitution of the state of Massachusetts did willfully and knowingly give aid and comfort to those et al Alleged Public officers whose acts are subversive to the United States and the state of Massachusetts as such are destroying our children, our homes, our churches, our schools, our business, our contracts, our money system, and our Government. Said acts defined in the United States Constitution and the Constitution of the state of Massachusetts, is punishable under CGS § 53a-130a Impersonation a Police Officer, USC Title 18 sections 3, 4, 2381, 2382, 2383, 2384.

Count Three: Conspiracy to Commit Real Estate Deed Fraud:

2. Plaintiff incorporates by reference the facts alleged in Articles 5-12.

COUNT III: Hon. Judge: Benjammin O. Adeyinka and Judge: Maria C. Pereira, Hon. Jonathan Kane, First Justic of HOUSE COURT Commercial Officials of LAELIA, LLC , KERRY BORN Commercial Official of ISANTHES LLC., John Doe & Jane Doe, 1 to 1,000 and all parties involved is an accessory to the fact to Attorney SOGOL I. PLAGANY and ORLANS PC. , having taken an oath and contract to support and defend the United States and the United States Constitution, and the Constitution of the state of Massachusetts did willfully and knowingly violate said oath office in a City of Springfield, Hampden County or Housing court's Public Record of

Law by violating the constitutional Rights of Sovereign of the people by not up holding his/her oath as Public officers which is a felony.

Count Four:
Forgery:
3. Plaintiff incorporates by reference the facts alleged in Articles 5-12

COUNT IV: Hon. Judge:  Benjammin O. Adeyinka and Judge: Maria C. Pereira, Hon. Jonathan Kane, First Justic of HOUSE COURT Commercial Officials of LAELIA, LLC, KERRY BORN Commercial Official of ISANTHES LLC., John Doe & Jane Doe, 1 to 1,000 and all parties involved is an accessory to the fact to Attorney SOGOL I. PLAGANY and ORLANS PC., for having taken a fraudulent oath and contract as 'fiduciary and trustees' of a political subdivision of the state in an assumed position as a private 'person' not having immunity or privilege within the intent of the original and the Constitution of the state of Massachusetts standing, did willfully and knowingly violate the constitutional Rights to Provisions of due process of Law , and the equal protection of the law of those Citizen electors, from public offices elected and appointed. That the entire classification of and the Constitution of the state of Massachusetts section three 'persons' have engaged in section four rebellion and insurrection against Lawful authority and have created a public debt from said un-Lawful offices and policies.

Count Five:

Wrongful Foreclosure:

4. Plaintiff incorporates by reference the facts alleged in Articles 5-12

COUNT V: Hon. Judge:  Benjammin O. Adeyinka and Judge: Maria C. Pereira, Hon. Jonathan Kane, First Justic of HOUSE COURT Commercial Officials of LAELIA, LLC, Commercial Official of ISANTHES LLC., John Doe & Jane Doe, 1 to 1,000 and all parties involved is an accessory to the fact to Attorney SOGOL I. PLAGANY and ORLANS PC. et al, having taken an oath and contract to support and defend the United States and the United States Constitution, and the statutes of the United States and of this State did willfully and knowingly violate said oath by means of Obstruction of Justice of the Law by violating the constitutional Rights of Sovereign People by not up holding Public officer's Duty & Obligation to the Declaration of Rights which is a felony.

Count Six:
Breach of Contract:
5. Plaintiff incorporates by reference the facts alleged in Articles 5-12
COUNT VI: Hon. Judge:  Benjammin O. Adeyinka and Judge: Maria C. Pereira, Hon. Jonathan Kane, First Justic of HOUSE COURT, Commercial Officials of LAELIA, LLC, KERRY BORN Commercial Official of ISANTHES LLC., John Doe & Jane Doe, 1 to 1,000 and all parties involved is an accessory to the fact to Attorney SOGOL I. PLAGANY and

ORLANS PC. et al, or any other Judicial Officer / constitutional officer, Attorney / Esquire, Law Enforcement Officer or any other who hold a public office of trust having taken an oath and contract to support and defend the United States Constitution, and the statutes of the United States and of this State and violate or over rule Congressional Enactment or any Judicial Procedure Manual created by Congress or the America Bar Association as City of Springfield, Hampden County or Court Procedure and the Rules of Court or over rule any City of Springfield, Hampden County or Court Public Records decisions to denial equal protection under 42 USC 1981 the 14th amendment with intent to deny fairness and court integrity by violation of 18 U.S.C. § 1341, Mail Fraud, 18 U.S.C. § 1344, Bank Fraud Peonage; obstructing enforcement or means of Obstruction of Justice of the Law and making law from that position by Violation of M.G.L. c. 30A, §§ 18 through 25 and the freedom of the people by not up holding Peace officers duty to provide for the common Defense of constitutional Rights of the people which is a felony are guilty. When any City of Springfield, Hampden County or court violates the clean and unambiguous language of the Constitution, a fraud is perpetrated, and no one is bound to obey it. (See 16 Am. Jur. 2d 177, 178), The right to be let alone is the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the government upon the privacy of the people, whatever means employed, must be deemed a violation of the United States Constitution and the Constitution of Massachusetts. See Olmstead v. U.S., 277 U.S. 438, 478 (1928).

Count Seven:
Real Estate Deed Fraud:
6. Plaintiff incorporates by reference the facts alleged in Articles 5-12

CLAIM OF BANK FRAUD AND THEFT OF PROPERTY according to The U.S. Constitution; The Constitution of The State of Connecticut; Massachusetts General Laws Chapter 266 Section 42 Larceny; M.G.L. c. 7C § 33 Value of Property; M.G.L. c. 140      D § 3 & 5 U.S.C. § 1601 et seq., Truth in Lending Act (TILA) Regulation Z, 12 USC 2605 Real Estate Settlement Procedures Act (RESPA) M.G.L. c. 183 § 55; M.G.L. c. 266 § 35A Residential Mortgage Fraud; M.G.L. c. 265 § 1 Forgery in the First Degree; M.G.L. c. 267 § 5 Forgery in the Second Degree; M.G.L. c. 156D §1.29 and c. 266 §31 Filing a False Record; M.G.L. c. 244 § 35C and c. 244 §17B Notice to Mortgagee of Foreclosure; M.G.L. c. 267 § 5 and c. 6 §178 and c. 183 § 55 Penalty for Recording False Information; M.G.L. c. 184 §17B and c. 183 § 55 Assignment of Mortgage Debt-Requirements- Sufficient Notice of Assignment; M.G.L. c. 190B § 2-801 Validations re Conveyancing Defects of Instruments Recorded after January 1, 1997, Insubstantial Defects- Defects re Power of Attorney-Defects re Conveyance by Fiduciary; M.G.L. c. 183 § 6A and c. 184 § 7 Requirements re Conveyance of Land-Conveyance pursuant to Power of Attorney M.G.L. c. 266 § 37E Identity theft defined; M.G.L. c. 266 § 60 Identity theft in the first degree: Class B felony; 18 U.S. Code § 1028A Identity theft in the second degree: Class C felony; M.G.L. c. 265 § 51 Trafficking in personal identifying information: Class D felony; 18 U.S.C. § 1030(g) False statement: Class A misdemeanor; M.G.L. c. 269, § 13A. Falsely reporting an incident in the first degree: Class D or C felony; M.G.L. c. 258E § 1 Harassment in the second degree: Class C misdemeanor; M.G.L. c. 231 § 31 Jury May Try Facts in Equitable Action; the   Corrupt Organizations and Racketeering Activity Act (MORA) M.G.L. c. 271A § 1 et seq.; no DUE PROCESS as per the Constitution of Massachusetts, the 5th Amendment and 14th Amendment of the US Constitution; plus, The Right to Privacy' addressed in the 1st Amendment, 3rd Amendment, 4th Amendment, 5th Amendment and

the "Liberty" Guarantee of the 14th Amendment of the US Constitution; 18 US Code 4 Misprision of felony; Title 18 US Code 153 Embezzlement Against Estate; Title 18 U.S.C Section 241 Conspiracy Against Rights; Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; Title 42 US Code 122203 Prohibition Against 3 Retaliation and Coercion; Title 9 18 U.S.C 1951 Hobbs Act; and Title 5 Administrative Procedure Act 1946 by Attorney SOGOL I. PLAGANY and ORLANS PC. as State Actor.

Count Seven:
Obstruction of The Administration of Justice
7. Plaintiff incorporates by reference the facts alleged in Articles 5-12

Section 1985(3) under Title 42 reaches both conspiracies under color of law and conspiracies effectuated through purely private conduct. In this case, the Alleged Defendant is claiming a class-based, invidiously discriminatory animus is behind the attorneys as conspirators' action as the Attorney SOGOL I. PLAGANY and ORLANS PC. Hon. Judge:  Benjammin O. Adeyinka and Judge: Maria C. Pereira of HOUSE COURT as the records reflect under M.G.L. c. 184 § 17b1/2 Title to Land. That actionable cause is the treatment of a non-lawyer pro se litigant as a distinct "class-based subject" of the State, wherein denial of equal protection of the laws and denial of due process was clearly the product of bias and prejudice of the attorneys' action. See Griffen v. Breckenridge, 403 U.S. 88, 102 (1971).

## Article 13

## WRONGFUL FORECLOSURE:

The wrongful foreclosure action filed in state court had no injured party and therefore damages should be granted.

The 5th Amendment secures that no person will be deprived of life, liberty, or property without due process of law.

The "injured party" must appear and state he/she is owed a debt, the debtor must be given the right to challenge this debt for "validation" 15 USC 1692g. Only an "injured party" can claim a debt is owed. "Imaginary persons" cannot appear or give testimony and cannot be the "Plaintiff" of any cause of action.

There is no injured party in the state foreclosure case and it and therefore the court did not have jurisdiction.

## Article 14

## BREACH OF CONTRACT:

The bank advertised that they loan money:

a. I applied for a loan.

b. They refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

c. The bank misrepresented the elements of the alleged agreement to the alleged borrower.

d. There is no bona fide signature on the alleged promissory note.

e. The promissory note is a forgery.

f. The promissory note—with my name on it— obligates me to pay $148,191.00 plus interest, giving it a substitutional value if it were sold to investors.

g. The bank recorded the forged promissory note as a loan from me to the bank.

h. The bank used this loan to fund the alleged bank loan check back to me.

i. The bank refused to loan me legal tender or other depositors' money in the amount of $148,191.00 or repay the unauthorized loan it recorded from me to the bank.

j. The bank changed the cost and the risk of the alleged loan.

k. The bank operated without my knowledge, permission, authorization, or agreement.

l. The bank denied me equal protection under the law.

m. The bank refused to disclose material facts of the alleged agreement and refused to tell me if the agreement was for me to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

n. They refused to disclose whether the check was the consideration loaned for the alleged promissory note.

o. The bank failed to disclose if the promissory note is money or not money.

p. It appears the bank recorded the promissory as an unauthorized loan from the plaintiff to the bank.

q. The attorneys are misrepresenting themselves as working for a lender when they are illegally collecting as a 3rd party attorney in violation of the F.D.C.P.A.

The defendants violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

The defendants obstructed the administration of justice.

## Article 15
## NEGLIGENT/RECKLESS CONDUCT:

As a proximate result of the negligent or reckless conduct of the attorney acting as a 3rd party attorney the plaintiff suffered injury when the attorney filed unlawful foreclosure using a foreclosure statute that is missing the 3 elements needed to be considered a valid law.

The state constitution mandates laws to be enacted by congress and they must have an enacting clause, a title, and a body.

The revised statutes use to provide jurisdiction to the court is not a valid law and therefore rob the court of jurisdiction. The attorneys filed a forged contract in the state foreclosure case. The contract filed is missing the following provisions agreed upon in the original contract:

> a) The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,
>
> b) The bank or financial institution involved in the alleged loan will follow GAAP,
>
> c) the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,
>
> d) the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,
>
> e) the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and
>
> f) the written agreement gives full disclosure of all material facts.

The defendants violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

The defendants obstructed the administration of justice.

### Article 17
### SLANDER OF TITLE:

The defendants have caused to be recorded various documents including an unlawful foreclosure which constitutes slander of title, and the plaintiff should be awarded resulting damages to be fully proved at the time of trial.

### Article 18
### SLANDER OF CREDIT:

The plaintiffs allege that the actions and inactions of the defendants have impaired their credit causing them to lose the ability to have good credit entitling them to damages, including statutory punitive damages pursuant to state and federal law, all to be proved at the time of trial.

### Article 19
### INFLICTION OF EMOTIONAL DISTRESS:

The defendants have intentionally and negligently taken illegal actions which have caused the plaintiff's severe emotional distress.

The attack on the plaintiff's home using a statute that is not valid if fraud in the court.

The fact part of the original agreement is missing from the contract filed in the state foreclosure case is a clear showing of illegal intent to cause distress.

### Article 20
### DAMAGES:

The plaintiff is seeking damages for wrongful foreclosure, and he has shown that

(a.) there was an irregularity in the foreclosure sale and

(b.) the irregularity caused the plaintiff damages. See University Sav. Ass'n v. Springwoods.

As a proximate result of the negligent actions of the defendants, the plaintiffs have suffered consequential damage and will continue to suffer additional damage in an amount to be fully proved at the time of trial.

As a result of these actions by Judge: Benjammin O. Adeyinka and Judge: Maria C. Pereira, Hon. Jonathan Kane, First Justic of HOUSE COURT, Attorney SOGOL I. PLAGANY and ORLANS PC., and the defendants.

I have suffered in the following ways:

a) Lost income. We have our trust business. we have lost hours and sometimes days of seeing clients take care of the filings, phone calls, and consultation with my legal team. We have also suffered intense anxiety

attacks with a loss of sleep.  When I do not sleep and/or I am intensely fatigued, a brain injury I sustained during a sepsis episode a few years ago will create difficulties with aphasia and audio processing, making it difficult to both understand others and to be understood.  When this happens, we also need to cancel clients, creating lost income.  The amount of income can be up to/ exceed $1200 for each day lost.  Because trust business, there is no making up this deficit with vacation or sick leave.

b)    medical costs.  The resulting stress and loss of sleep also resulted in chronic pain and physical dysfunction.  I sought out and attended a special treatment program available only in Arizona for treatment of chronic neck and back pain and difficulty moving to travel up and downstairs.  The cost came out of my own pocket and, with all associated costs, totaling more than $5300.  I will never be able to give a monetary value for the increased damage to my health from high blood pressure and associated health consequences from the stressors that I suffered after having a case that was listed as terminated in February and having no further communications (no e-mail or regular mail of any of the filings) until September when I found out last minute that my house was being sold out from underneath me.

c. No one can return to the health we have lost in dealing with the dubious actions of the persons named in my lawsuit.

d. We will never completely retrieve my peace of mind and calm the near-constant state of anxiety we find ourselves in now.  These actions have forever altered our mental health and well-being.

e. The defendants, acted with deliberate indifference to the Constitution and or federal laws when they violated the plaintiff's right UNDER 42 U.S. CODE SEC. 1983, and the plaintiff's right to "due process".

### Article 21
### THE JUDGE LACKS IMMUNITY WHEN HE/ SHE VIOLATES THE LAW:

The judge has qualified immunity when he/she follows the constitution and the law. The Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the court's jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

### Article 22
### THE FIVE ELEMENTS OF "DUE PROCESS:
In assessing whether this demonstration has been or can be made, the courts look to the five elements, which, over the centuries of judicial experience, have come to be recognized as the sine qua non of "due process."

a. Equality: The system must not discriminate procedurally between parties. If one party is entitled to counsel, then all are entitled. If notice is provided one, it must be provided for all. The essential requirement for Equality is that the system provide a "level playing field" for the disputants. Discrimination in appearance or fact is an anathema to the Equality required to satisfy due process.

b. Economy: The cost of access to the system must not be a barrier to its use or operate to the disadvantage of one or the other parties. This means that grievance and arbitration proceedings should not be made a Board profit center and, in fact, may have to become subsidized to assure open access.

c. Expedition: As "justice delayed is frequently justice denied," there is an affirmative obligation on the part of the system to expedite ethics and arbitration proceedings. This does not foreclose orderly procedure with adequate time to ensure notice, time to prepare, opportunity to identify and gather witnesses, and otherwise develop facts and arguments. It does, however, foreclose dilatory tactics, unreasonable extension of time, and protraction of hearings.

d. Evidence: The system must be designed and function to elicit evidence, not assumptions; proof, not presumptions. While strict rules of evidence in the judicial sense do not apply, there must be control of what is admitted as relevant and judgment as to what is mere speculation and hearsay designed to prejudice rather than inform.

Equity: The system must produce decisions that reflect a sense and substance of "rightness" and "reasonableness." In matters involving unethical conduct, the punishment should fit the offense. The judgment should reflect consideration of extenuating circumstances and a balancing of competing values and objectives. Moreover, the predictability, consistency, and uniformity of the system's performance is an important measure of Equity.

Conspiracy: A federal criminal conspiracy is built up of five elements:

a. Two or more persons that;

b. Intentionally;

c. Agreed;

d. To violate federal law or defraud the United States; and commit an overt act in furtherance of the agreement.

## Article 23
## ELEMENTS FOR FORGERY:

Forgery is making, using, altering, or possessing a false document with the intent to commit fraud. Forgery can be the creation of a false document or changing an authentic one. There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:

a. A person must make, alter, use, or possess a false document. Forgery can be creating a false document from scratch or altering an otherwise genuine document in a material way. The alteration is material if it affects a legal right.

b. The writing must have legal significance.

c. The writing must be false. The writing must have been created or changed in a way that makes it appear that the document represents something that it is not.

d. Intent to defraud.

## Article 24
## REQUEST FOR DAMAGES:

Plaintiff request compensatory and general damages for expenses for legal expenses, medical bills, mental anguish associated with living with the consequences of the defendant's negligence, loss of income, and damaged credit score, embarrassment from having plaintiff's house listed on Zillow and other Real estate foreclosure websites before while the case is in litigation. The plaintiff request punitive damages in what the jury finds just and fair. Plaintiff prays that this court enter judgment for the Plaintiff and against each of the Defendants, and grant:

a. compensatory and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount in excess of 250- Million Dollars

h. any further relief that this court deems just and proper, and any other appropriate relief a law

**WHEREFORE**, Plaintiff Rodney E Gould, request the following

a. That the court enter a judgment in favor of Rodney E Gould, and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages into Plaintiff and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to plaintiff, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future.

d. That the court award plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

e. That the court grant Plaintiff such other equitable relief that the court deems appropriate.

### Article 25

### NOTICE OF SURETY ACT AND BOND

The life of this bond covers nunc pro tunc from the date entered below unless ISANTHES, LLC. enters a true bill of particulars and all related causes of action and advice of ISANTHES, LLC. (who does the counsel work for?) and information with testamentary documentation under the penalties of perjury per Title 26 USC 6065 into evidence in the case of the Plaintiffs listed above and NUBIA EL-BEY FAMILY TRUST, in which case the life of the bond will be extended for two (2) years after such documentation is presented under the penalties of perjury per Title 26 USC 6065 in the case of the Plaintiffs listed above and NUBIA EL-BEY FAMILY TRUST, whereby, by the signature Jurat and Seal of the Plaintiff, in capacity as Beneficiary/ Stockholder/ Entitlement Holder Rights of the Original Jurisdiction, surety, guarantor. Herein confirms, attests, and affirms this bond. All assumptions and presumptions have to be proven in writing, to comply with Rule 11 & Rule 137 Signing Pleadings, and Other Papers per M.G.L. Title I, c 222, Section 15 Notarization and acknowledgment, signed, and sealed before three witnesses as required by M.G.L. c. 190B § 2-504. as a valid response, if any.

Upon failure of response required under the ten (10) day grace period under Truth in Lending, Regulation Z, to respond and rebut, point for point, this Notice of Surety Act and Bond, from receipt, UCC 1-204, unless a request for an extension of time is presented in writing according to Rule 11 & Rule 137 Signing Pleadings and Other Papers, ISANTHES, LLC. is hereby collaterally estopped from any further adversarial actions against the Plaintiff listed above, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of subject matter jurisdiction, the Plaintiffs and NUBIA EL-BEY FAMILY TRUST listed above demands that the

cause(s) be vacated, dismissed and the accounts be immediately discharged with prejudice. A lack of response or rebuttal under the penalties of perjury means ISANTHES, LLC. assents to this Notice of Surety Act and Bond and that a fault exists, UCC 1-201(16), creating fraud through material misrepresentation of facts that vitiates all forms, contracts, testimony, agreements, Judgment, etc. express or implied, from the beginning, UCC 1-103, of which ISANTHES, LLC. may rely on, and there is no longer permission by consent or assent for any demand for eviction, any payment being ordered or levied against the Plaintiff listed above, and the Plaintiff listed above further demands that the record be expunged and the records and facts of the above attached captioned matter(s) be turned over to the Office of Homeland Security and any other interested federal agency for their investigation of violations of federal law and any interlocking agencies, et al. Failure to comply according to the Truth in Lending Act will negate all remedies for ISANTHES, LLC... Any Third Party compelled to serve will make ISANTHES, LLC., and the Third Parties liable for civil and criminal prosecution per the Erie and Clearfield Doctrines.

## Article 26

## SUMMATION

By your actions, you shall lack recourse for all claims of immunity in any forum. Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights. This Statute Staple Securities Instrument exhausts all state maritime Article 1 administrative jurisdiction and protects my Article III court remedies including, but not limited to, Title 42 U.S.C.A, Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C. § 242. The Attorney PLAGANY, ESQ., SOGOL IRENE, BAR CODE 569112 of ORLANS PC, all parties involved any Agents or organ of ISANTHES, LLC., I, have sent a copy of this Commercial Affidavit and True Bill of Claim in Equity of Adjudicative Facts and file an affidavit on demand, comprising my declaration. You will have to REBUT EACH POINT to ward off the possibility of a Lien. You have 10 days to do so, but I can assure you that you will not be able to rebut Even One Single Point. You will need to rebut by means of an Affidavit of your own, written under the same criteria, namely: From first-hand knowledge, and under penalty of perjury.

Any points you manage to rebut will be removed from my Declaration, Commercial Affidavit and True Bill of Claim in Equity of Adjudicative Factsand file affidavit on demand and the remainder kept as my final Commercial Affidavit and True Bill of Claim in Equity of Adjudicative Factsand file affidavit on demand. The result will be Grantor (by Acknowledgments of a Trustee) to become Plaintiffs Statement of Truth, which will not only become The Truth, in Law – but will also become self-executing contract General Laws Part II Title II   Chapter 190B   Article II Section 2-504 General Laws  Part I  Title XX  Chapter 142A;Section 2 Acceptance between all parties Involved John Doe & Jane Doe 1 to 1,000,000 and A Judgment, In common Law.

That being the case, no Hearing will be required. Because of the self-executing contract Acceptance between all parties Involved John Doe & Jane Doe 1 to 1,000,000 and the judgement has already been made by the truth. (That's Common Law!) Expressions defined in Act IX of 1872 in this Act, unless there be something repugnant in the subject or context, "registered" means registered under the law for the registration of documents for the time being in force: a person is

said to have "notice" of a fact either when he actually knows that fact, or when, but for willful abstention from inquiry or gross negligence, he would have known it, or when information of the fact is given to or obtained by his agent, under the circumstances mentioned in the Contract Act, 1872, section 229; and all expressions used herein and defined in the Contract Act, 1872, shall be deemed to have the meanings respectively attributed to them by that Act.

We are placing a Mechanics Lien in the Western County Clerk records, warning whoever may be concerned, that your creditworthiness is henceforth highly suspect. The Western County Clerk put a notice on public records to this effect. We would then be Lawfully Entitled to seizures of Any of Your Property, up to (and including) the value of the Mechanics Lien.

This process will occur in a LAWFUL manner – because Attorney SOGOL IRENE, BAR CODE 569112 of ORLANS PC, all parties involved any Agents or organ of ORLANS PC and ISANTHES, LLC. Officer, Successors and Agents, look at yourselves, which is why your mechanism is UNLAWFUL, and why we are able to counter it by this LAWFUL means).

    a. Attention: All Agents, Representatives, Office of PLAGANY, ESQ., SOGOL IRENE, BAR CODE 569112 ORLANS PC. and ISANTHES, LLC., and/or such, of the "UNITED STATES" or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: You have 10 days (exclusive of the date of receipt) to rebut any portion of this document, or you stand in total agreement. Non-response is agreement. The partial response is agreement. The rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. This documentation must be provided under penalty of perjury. Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. Ignorance of the law is no excuse.

    b. All other corporations including, but not limited to telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, including all persons, are bound by all paragraphs, terms, and conditions, herein, regardless of nature of limited liability corporations or affiliations as "D/B/As," "A.K.A.s," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

    c. Even if the Alleged Defendant as the usufructuary makes an honest mistake, WHICH YOU FAILED TO REBUT, my mistake BECOMES THE TRUTH, IN LAW. You will not be able to claim 'immunity', 'libel', 'slander', etc. because you were given 10 days to rebut the Declaration of Commercial Affidavit and True Bill of Claim in Equity of Adjudicative Facts and file an affidavit on demand, before public announcement. Affidavit uncontested unrebutted unanswered Morris v National Cash Register, 44 S.W. 2d 433 Morris v National Cash Register, 44 S.W. 2d 433, clearly states at point #4 that "uncontested allegations in affidavit must be accepted as true." Fed. R. Civ. P. 7; Fed. R. Civ. P. 11(a).

d. By a failure to REBUT IN SUBSTANCE you would have tacitly acquiesced to Alleged Defendant as the usufructuary Affidavit of Counterclaim and file affidavit on demand as Truths, in Law. 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982] "Indeed, no more than affidavits are necessary to make the prima facie case." [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982] The result will be Judgment, Common Law to become Plaintiffs as the usufructuary Statement of Truth, which will not only become THE TRUTH, IN LAW – but will also become A Judgment, in Common Law

e. REBUT IN SUBSTANCE does not comprise simply dismissing Plaintiffs as the usufructuary Affidavit of Counterclaim. That is mere gainsaying. "IN SUBSTANCE" means "accompanying with HARD proofs" (in this case, "to the contrary"). No need for a hearing for an "Uncontested Affidavit taken prima facie Evidence of the truth, any points you manage to rebut will be removed from Plaintiffs as the usufructuary allegations, and the remainder kept as our final Affidavit. No hearing is necessary to become an affidavit that is unrebutted and unanswered stands as fact must be accepted as Judgment, in Common Law.

We the Plaintiffs, by our own free will, act, and deed, "out of the mouth of Competent Witnesses, do hereby certify the Sentient signatures on the Archetype document enclosed to be a true, correct, complete, and not misleading original, containing the primary signature as sealed below.

## VERIFICATION

The Plaintiffs reserve the right to enter this demand, and all evidence attached within, to be preserved as evidence under Rule 902 (4), of the Federal Rules of Evidence, upon the records of such public recorder's office at such place or places as I alone determine, which as a matter of public record shall be subject to submission and use in any legal proceeding thereafter as utilized by any person having cause to rely thereupon for evidence purpose, under the aforesaid Federal Rules of Evidence, and as for any other reasons that a public record of debt, Foreclosure, tax and EXEMPT FROM FORECLOSURE and JUDGMENT may be used, accordingly. These instruments are submitted upon good faith belief that they are grounded in fact, warranted by existing law or a good faith argument for the modification or reversal of existing law and are submitted for proper purposes, and not to cause harassment and unnecessary delay or costs.

We declare under the penalty of bearing false witness before God and Men/Women as recognized under the laws in and for The State of Massachusetts, and the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that  Calvin Renard: Green executes this document in accordance with best our personal knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Thank you for your immediate attention to this matter.

## **Demand For A Trial By Jury**

Comes Now, the plaintiff, and hereby demands a jury trial on all issues so triable to a jury.

Rodney Elliot Gould,
SIGNATURE
[29-31] Rush Street, Rural Route,
[Springfield], [Massachusetts]
[US. Near U.S.P. [01109-1118],

Jonathan Chad Brwon
SIGNATURE
29] Rush Street, Rural Route,
[Springfield], [Massachusetts]
[US. Near U.S.P. [01109-1118],

## Statement of Amount in Demand

**My demands for relief for TRESPASSES AGAINST Rodney Elliot Gould and Jonathan Chad Brwon are as follows; for each account of damages that I incurred.**

1. TRESPASSING/TRESPASS: Means Unauthorized use of someone name, estate, trust or address, without their Consent, and  surveying with binoculars or walking on the land the entry into or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, factories, warehouses, garages, shops, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., repossessing home of the Secured Party without his express written permission, or without a lawfully executed  in Accordance with 4th Amendment warrant a.k.a. Evictions action.  Any and all agents or representatives of the Court, the Attorney General office and the Corporation will fully and completely observe any, and all protections as outlined in the "Constitution for the United States of America, states Constitution" and the Honorable "bill of Rights."  Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and Demand document.  I solemnly swear and affirm that I do not have any illegal contraband on my property; I have never had any illegal contraband on or around my property and never will.  Any contraband, if it is found on my property, would have been placed there by the officers or agents during the time of trespass.  I simply do not allow it on my property.  Contraband or illegal items if they are found in a search do not belong to me and may not be used in any attempt in any claim against me.  Any and all officers, agents, and representatives of the Corporation will be held individually liable for the full number of damages as outlined in the schedule "b" true bills of lading in this Notice of Validation of lease or month -to -month lease and Demand document for trespassing.

2. Eleven months of constant unlawful litigation in the Trial court plus associated fees total Sixty Thousand and Five Hundred United States dollars of .999 fine Gold, or fiat money at par value

($60,500.00). Pro se litigants may be entitled to Attorney fees and costs under the Civil Rights Attorney's Fee Award Act of 1976, 90 Stat. 2641, as amended 42 USC 1988

3.  The Defendants and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, Defendants bind ourselves, our heirs, executors, administrators, and successors, jointly and severally by oath of office, signature, charters. mission statement, business license, Payment Bonds, Bid Bonds, Miller Act Bonds, and contract. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves, in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us by charters. mission statement, business license, Payment Bonds, Bid Bonds, Miller Act Bonds, and contract. For all other purposes, each Surety binds itself, jointly and severally with the Defendants, for the payment of the sum shown opposite the name of the Surety Rodney Elliot Gould and Jonathan Chad Brwon. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

4.  The cited Defendants are being lined for a minimum of 10,000 each by the Plaintiffs for a total in excess of 250,000,000.00, lawful US Gold American Eagle dollar 50 coins of .999 fine Gold United States Mint, 31 USC which was arrived at by using the 10,000 multiplied by 250,000 bases upon on all persons involve based on and under Title 18 USC §241 of the United States Code, for violations of the United States Constitution and Constitutional secure Rights, including the Fifth Amendment of the Bill of Rights which guarantees not to be deprived of life, liberty, or property, without due process of law and Seventh Amendment of the Bill of Rights which guarantees a jury trial in all Commercial processes. Additionally, an approximation of Thirty-Five (35) Civil Rights violations, i.e., other Commercial provisions of The United States Constitution and the state of Connecticut Constitution.

5.  Subject COMMERCIAL AFFIDAVIT sworn true, correct and complete was sent by PLAINTIFFS, Rodney E. Gould to DEFENDANTS(s), ISANTHES, LLC., and ORLANS PC by United States Postal Service, Certified Mail, Receipt Requested # 9590 9402 5735 0003 4212 79 on 13 Day month of April 2023 DEFENDANTS received said AFFIDAVIT OF NOTICE OF VALIDATION OF OWNERSHIP, without signing the certified mail receipt on or about 19 Day month of December 2022. DEFENDANTS failed to respond to AFFIDAVIT/NOTICE, thereby admitting and acquiescing to the declarations by PLAINTIFFS, a NOTICE OF DEFAULT was served upon them on 11/13/2023 by United States Postal Service, Certified Mail, Return Receipt Requested # 9590 9402 5735 0003 4212 79. Such default admits that the DEFENDANTS'S claim was false and fraudulent and that DEFENDANTS(S) was(were) guilty of the criminal violations involved in the action of DEFENDANTS as set forth in PLAINTIFFS'S COMMERCIAL AFFIDAVIT and NOTICE OF DEFAULT and subsequently charged in a CRIMINAL COMPLAINT (AFFIDAVIT OF INFORMATION), given to the Clerk of The Circuit Court on 19 Day month of December 2022 for DEFENDANTS actions.

6.  Surety: There are Constitution and Bill of Rights Violations Occurring In Breach of Oath. The total value of this bill is Seven Million Seven Hundred and Seventy-Four thousand dollars DUE AND PAYABLE UPON RECIEPT. (720,237,000.00) in Functional Currency of the United States. The surety/property utilized to guarantee the payment of this commercial lien is the operational/commercial bonds of each of the Defendantss. If the bonds of the Defendantss are insufficient for coverage of the payment, the assets of the Defendants(s) will be utilized as follows: all the real and moveable property and bank and savings accounts and of the Defendantss except wedding rings, keepsakes, family photographs, diaries, journals, etc., and the property normally exempted in the lien process.

7.  The cited Defendantss are being lined for a minimum of 10,000 each by the Plaintiffs for a total in excess of 250,000,000.00, lawful US Gold American Eagle dollar 50 coins of .999 fine Gold United States Mint, 31 USC which was arrived at by using the 10,000 multiplied by 25,000 bases upon on all persons involve based on and under Title 18 USC §241 of the United States Code, for violations of the United States Constitution and Constitutional secure Rights, including the Fifth Amendment of the Bill of Rights which guarantees not to be deprived of life, liberty, or property, without due process of law and Seventh Amendment of the Bill of Rights and the Commonwealth of Massachusetts Declaration of the Rights Articles I, IV, VII, XI, XV, & XXIX which guarantees a jury trial in all Civil or Commercial processes. Additionally, an approximation of Thirty-Five (35) Civil Rights violations, i.e., other Commercial provisions of The United States Constitution and the Commonwealth of Massachusetts.

8.  Unauthorized use of name and Trespass on NUBIA EL BEY FAMILY TRUST Sacred Cargo/Registered Properties, this agreement constitutes an International Commercial Lien on all property of Defendants, Indemnitor, on behalf of, and for the benefit of Plaintiffs, as Secured Party, Indemnitee, in the amount of 9,000,000.00 (Nine MILLION US DOLLARS COIN) of .999 fine Gold United States Mint, 31 USC 5112. This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

9.  To pay the full Amount, to Rodney Elliot Gould collateral damages values up to but not limited to the sum of 9.00 (Nine US DOLLARS COIN) American Eagle Gold Fifty ($50.00) Dollars Coins per day. If you do not pay on TIME, the penalty will be 19 (Nineteen US DOLLARS COIN) American Eagle Gold Fifty ($50.00) coins per COIN. Every day after the first Just Compensation AMOUNT is Due .... ALL involved Defendantss are TO PAY Just compensation FOR ALL DAMAGES AND DEBTS that incur in this case. EACH OF THE Defendantss is Obligated to pay Just compensation FOR THE FULL AMOUNT....

10. PERCENTAGE OF DEFENDANTSS' PUBLIC VESSEL' 100%. (100% UNLESS OTHERWISE STATED) Any and all accounts, bonds. securities, profits. proceeds, fixtures, chattels or assets owned/managed by the public Vessel Commission, and/or the public Vessel Council. and/or the public Vessel Their Name, and/or the public Vessel System of Their Names, at any location, and /or at any Their Name under control of the public Vessel Commission, and/or the public Vessel Council, and/or the public Vessel Their Name, and/or the public Vessel System of Their Names Conn. Gen. Stat. § 15-150a.

11. As a part of Common law Lien, I will demand a substantial sum in recompense/settlement of the damages.

12. Being Common Law construct, the only way this Common law Lien can be removed is:

13. Enforcement of True Bills of Lading; Defendantss' property including but not limited to: all signature, real estate, charter[s], license[s], mission statement[s], bank accounts, safety deposit boxes, certificates of deposit (cd), retirement funds, 801k's, 401k's, real estate, stocks, bonds of any type, securities, cash on hand, jewelry, houses, lands, motor vehicles, automobiles, motorhomes, aircraft, watercraft, household furniture, guns, ammunition, coin collections, all collectibles items, insurance policies, credit cards, lines of credit, all revenue streams and sources of income from any source, farm equipment, farm supplies, heavy equipment, crops, farm animals, machinery, tools, buildings, structures, office equipment and supplies, all corporate assets, water rights, mineral rights, intellectual properties, patents, inventions, or any other thing of value as needed to satisfy this claim. debtor is a trustee. debtor is a transmitting utility. is Nisi prius, any Accounts, Property's, Oaths of Office, Charters, Mission Statement, License[s], Public Trusts and Bond[s], held by Executor Constitutional and Commercial contract cannot be removed from the boundaries thereof without Accounts, Property's, Oaths of Office, Charters, Mission Statement, License[s], Public Trusts and Bond[s], registered reserve in exchange.

14. Unauthorized use of name and Trespass on NUBIA EL BEY FAMILY TRUST Sacred Cargo/Registered Properties will be Name as Defendantss mentioned herein have all, collectively and severally, acted in bad faith continuously, and have failed to redeem for value any of United States American Eagle Gold 50 dollars Coinage and/or Payment Bonds that are due and payable in substance on presentment.

15. The Plaintiffs requires, without prejudice to further claims, to return for immediate settlement and closure the amount of 9,000,000.00 (Nine MILLION US DOLLARS COIN), to be paid in substantive value collectively and/or severally by the Defendantss.

16. Tool 9,000,000.00 (Nine MILLION US DOLLARS COIN) US Gold American Eagle coin 50 dollars Coinage Act of A.D. 1792

**FURTHER AFFIANT SAITH NOT.**

The Lien Claimant reserves the right to enter this demand, and all evidence attached within, to be preserved as evidence under Rule 902 (4), of the Federal Rules of Evidence, upon the records of such public recorder's office at such place or places as I alone determine, which as a matter of public record shall be subject to submission and use in any legal proceeding thereafter as utilized by any person having cause to rely thereupon for evidence purpose, under the aforesaid Federal Rules of Evidence, and as for any other reasons that a public record of legal obligation may be used, accordingly.

The foregoing Petition and Affidavit mailed on or about 1 day of the month, March 2024, have been redacted or do not contain any names or other personal identifying information that are prohibited from disclosure by rule, statute, court order, or case law. U.S. International, the United States Post Office Receipt Private Certified Mail #9589 0710 5270 0122 8256 32, 9589 0710 5270 0122 8256 56, 9589 0710 5270 0122 8256 63, 9589 0710 5270 0122 8256 70 & 9589 0710 5270 0122 8256 49 complete delivery by United States Post Office official seal Return Receipt Private Certified Mail # 9590 9402 8100 2349 2979 84, 9590 9402 8100 2349 2979 77, 9590 9402 8100 2349 2979 53, 9590 9402 8100 2349 2979 46 & 9590 9402 8100 2349 2979 80 -doc: 1 With this posted and documented AFFIDAVIT before the State public record, use by Land Clerk's office is complete. The International, United States Post Office Return Receipt is accepted as an acknowledgment by Attorney Rachelle D Willard, Esq. of WCG Law Group PLLC and the Land Clerk's office.

I, (we) declare under the penalty of bearing false witness before God and Men/Women as recognized under the laws in and for The State of Connecticut, and the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended

to mislead anyone, and that  Calvin Renard: Green executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

_____

Rodney Elliot Gould,
Without Prejudice UCC 1-308
 [29-31] Rush Street, Rural Route,
[Springfield], [Massachusetts]
 [US. Near U.S.P. [01109-1118],

_____

 Jonathan Chad Brwon
Without Prejudice UCC 1-308
[29] Rush Street, Rural Route,
[Springfield], [Massachusetts]
 [US. Near U.S.P. [01109-1118],

### Certificate of Service:

A copy of this document was mailed to the court and a copy was mailed to the parties and the

agency listed below.

KERRY BORN
ISANTHES LLC. UBI 604324962 is a defunct corporation whose last known address 2003 Western Avenue, Suite 340 Seattle, WA 98121. Toll Free Number: 1-800-245-5753. Email Address: contact@isanthesllc.com.

JOINED PURSUANT TO F.R.C.P RULE 19, All cold-spirituals John Doe & Jane Doe:

COMMONWEALTH OF MASSACHUSETTS
One Ashburton Place, Room 1611.
Boston, MA 02108

Hon. Jonathan Kane, First Justice
Hon. Maria C. Pereira, judge
Hon. Benjammin O. Adeyinka, judge
HOUSE COURT
Business Address:  37 Elm Street,
Springfield, MA 01102,

SOGOL I. PLAGANY
ORLANS PC.
204 2nd Avenue, suite 320
Waltham, Ma 02451

LAELIA, LLC NMLS ID# 1700294

Board Director
David H. Long
Frank Doyle
Jay Hooley
Business Address:

SOGOL I. PLAGANY
ORLANS PC.
Business Address:
1080 Main St
Ste 200
Pawtucket, RI  02860
Phone Number (401)217-8701

Rodney Elliot Gould,

Without Prejudice UCC 1-308
[29-31] Rush Street, Rural Route,
[Springfield], [Massachusetts]
[US. Near U.S.P. [01109-1118],

Jonathan Chad Brwon
Without Prejudice UCC 1-308
[29] Rush Street, Rural Route,
[Springfield], [Massachusetts]
[US. Near U.S.P. [01109-1118],